AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __TENNESSEE__

LORI ANN YANCEY, ET AL.

V.

MARTY CARSON, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:04-CV-554

TO: (Name and address of Defendant)

Carl Newport
c/o Scott County Sheriff's Department
29 Courthouse Square
Huntsville, Tennessee 37756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert S. Moncier
550 Main Avenue, Suite 775
Knoxville, Tennessee 37902

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK

CLERK _(signature)_

(By) DEPUTY CLERK

DATE 11/22/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/23/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carol Holbert | Secretary to Herbert S Moncier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Copy (See Attached)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/24/04
*Date*

*Signature of Server* Carol Holbert

550 Main Avenue, Suite 775
Knoxville, TN 37900
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kenneth O. ____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>11-28-04 |
| 1. Article Addressed to:<br>Carl Newport<br>c/o Scott Co Sheriff's Dpt<br>29 Courthouse Square<br>Huntsville, TN  37756 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>(Federal) |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0004 7776 8497 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540