# UNITED STATES DISTRICT COURT

EASTERN District of TENNESSEE

LORI ANN YANCEY, ET AL.

**SUMMONS IN A CIVIL ACTION**

V.

MARTY CARSON, ET AL.

CASE NUMBER: 3:04-CV-556

TO: (Name and address of Defendant)
Jim Carson
c/o Scott County Sheriff's Department
29 Courthouse Square
Huntsville, Tennessee 37756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert S. Moncier
550 Main Avenue, Suite 775
Knoxville, Tennessee 37902

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK

11/22/04

CLERK

A. Archer

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/23/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carol Holbert | Secretary to Herbert Moncier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail (See Attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/24/04
Date

Signature of Server: Carol Holbert

Address of Server: 550 Main Avenue, Suite 775
Knoxville, TN 37902

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kennett Cofree_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery<br>　　　　　　　　　　　　　　 11-23-04 |
| 1. Article Addressed to:<br>Jim Carson<br>c/o Scott Co Sheriff's Dpt.<br>29 Courthouse Square<br>Huntsville, TN  37756 | D. Is delivery address different from item 1? ☐ Yes<br>　 If YES, enter delivery address below:　☐ No<br><br>(Federal) |
| | 3. Service Type<br>☒ Certified Mail　☐ Express Mail<br>☐ Registered　　☐ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0004 7776 8435 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540