UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| LORI ANN YANCEY, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:04-CV-556 |
| | ) | | (VARLAN/SHIRLEY) |
| MARTY CARSON, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

Defendants have filed a Motion for Extension of Time Within Which to File Potentially Dispositive Motions, or in the Alternative, For Brief Continuance of Trial and All Pre-Trial Proceedings [Doc. 16]. Defendants seek a thirty (30) day extension of the deadline for filing potentially dispositive motions in order to complete necessary discovery. Alternatively, defendants request a brief continuance of the trial date and pre-trial deadlines. The plaintiffs do not object to the defendants' motion but prefer to keep the current trial date if possible.

For good cause shown, the defendants' motion [Doc. 16] is hereby **GRANTED** and the parties shall have an additional thirty (30) days until and including May 17, 2006, to file potentially dispositive motions.

IT IS SO ORDERED.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE