# DECLARATION

I, NICK LETNER, hereby declare under penalty of perjury that the statements I made in the six (6) pages of handwritten notes dated 06/23/07 regarding Marty Carson are true and correct.



_____
NICK LETNER

STATE OF TENNESSEE    }

COUNTY OF SCOTT      }

Personally appeared before me, HOWARD R. ELLIS, a Notary Public of the State aforesaid, the within named individual, NICK LETNER, with whom I am personally acquainted (or proved his identity to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument for the purpose therein contained.

WITNESS my hand at office this ___24th___ day of June, 2007.

_____
NOTARY PUBLIC

My Commission Expires: __02/03/09__

6/23/07
7:00 p.m.

Nick Letner
c Scott County jail

First part of November 2003 I, Nick Letner, was working at the Sheriff's office as a Trusty.
I overheard Marty Carson talking to someone, I knew I wasn't supposed to hear the conversation, Marty Carson said "Mr. Yancey is a problem that is going to be taken care of." Marty Carson was inside his office with the door closed. I was outside of the door to his office doing sheet rock work. This is the first I ever told this to anyone. I haven't even told my wife.

Marty Carson and Lonnie Gunter linked together big time. I hooked up with Lonnie Gunter to cook meth.
Starting in approximately 2000 me, Nick Letner, and Lonnie Gunter started cooking meth almost every day. We were cooking meth at Lonnie's trailer in Glenmary

I knew we were cooking Meth and we didn't have to worry about being busted because Marty Carson would get ninety percent (90%) of it. We would sell Meth to other people but 90% went to Marty Carson. Marty would use it and sell it. I don't know who Marty sold Meth to but it was "big time".

Marty Carson was linked to Lee Sexton and Kim Bangston.

It was all about the money and the meth.

The Scott County Sheriff's Dept busted Lonnie 2 or 3 times but it was just for show. After one arrest Lonnie called me after he was released and was laughing about it and I could hear the jars rattling while he was cooking another batch.

I know the meth we cooked for at least three (3) years was for Marty Carson was because Richard Babb was picking it up for Marty Carson.

I knew this started around the year 2000 because my son, Hunter was not born yet and he will be 7 years old on August 1st 2007.

I was living at the Winfield Trailer Park the whole time that Lonnie and I were cooking at Lonnie's trailer in Glenmary. I would drive to Lonnie's to help him cook Meth. Keller in approximately Feb 2002 (I am not sure when) Lonnie Hunter and I got into an argument, that turned into a fist fight, over my wife. A week or so after the fight Lonnie came to my house with his girlfriend Donna Terry (my wife's sister). The Scott Co. Sheriff's Dept w/ Marty and John John Yancey came to the house. Lonnie had dropped 9½ grams of Meth in a bathroom vent. Marty Carson came in the house and went straight to the bathroom vent and got the Meth. Me, Donna and Lonnie were arrested. Donna and Lonnie were released from jail — I stayed in J.D.

Prior to that incident with the Meth planted in my bathroom vent there was a point where I was forced to escape from jail.

On or about my child's, Hunter's, 1st birthday which would be August 1st, 2001 I was an inmate in the Scott County jail. Arrangements were made with my family, specifically, my grandmother to post my bail to get out of jail. She was going to put her land up for my bail. Her land was already approved and when the courthouse opened the next morning I was going to be released from jail.

I came back from court and the Sheriff, Jim Carson, tells me to go out in the bullpen and break beans. Me and Lonnie Hunter was sent out there together and Paul Chappelle was already out there. Lonnie Hunter tells me were about "fixin' to run". Lonnie told me if Marty Carson does not get a certain amount of dope something bad is going to happen to your wife and kids.

~~Strangh~~

Lonnie Gunter started talking about escaping while ~~we~~ were in court. If the judge did not let him out he was going to escape. It was like he knew what was going to happen.

I asked him, when we were in the Jail pen how we were going to get out. He, Lonnie Gunter, started laughing and he went over to the bottom of the fence and reached over and pulled it up. The aluminum fasteners on the bottom of the fence in one section were enough to allow us to crawl under it. This was done prior to me and Lonnie getting there.

I knew when I escaped that I was go straight to making meth for Marty Carson. Marty Carson needed some meth and he needed it then and me and Lonnie were to cook it for him.

page 6 of 6

I can't remember the exact time, I can't give a specific date. But, on one occasion when I was out of jail for a month or so and I was at Lonnie Gunter's trailer in Glenmary.

Lonnie Gunter pulls up in his pickup truck. An interior light to the truck was on. I walked right up beside the truck, approaching from the passenger side. The light in the truck allowed me to see they chopping meth out on a CD case. It was around midnight or 1:00 a.m.. I saw both occupants snort the meth. Lonnie Gunter gets out of the truck and goes in the trailer when the truck door opened the dome light came on and I saw that Marty Carson was the passenger. It was a dark night and I was standing only 3 or 4 feet from him.

                          _[signature]_ 6/23/07

witnessed: Howard R Ellis — 6/23/07