## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:04-cv-446 |
| | ) | (CONSOLIDATED) |
| MARTY CARSON, et al., | ) | VARLAN/SHIRLEY |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' WITNESS LIST

Come Defendants, in response to the Court's Scheduling Order, and files Defendants' Witness List with last known addresses:

All Parties herein.

1. Byrge, Paula, Dispatcher
   Scott County Sheriff's Department
   P.O. Box 180
   Huntsville, TN 37756

2. Carson, Jim
   c/o John C. Duffy
   P.O. Box 11007
   Knoxville, TN 37393-1007

3. Carson, Marty
   c/o John C. Duffy
   P.O. Box 11007
   Knoxville, TN 37939-1007
   (865) 766-0904

4. Clark, Ryan

5. Cross, Jeremy, Deputy
   Scott County Sheriff's Department
   P.O. Box 180
   Huntsville, TN 37756

6. Daniels, Dennis, Special Agent
   Tennessee Bureau of Investigation

7.  Davis, Sarah
    Assistant District Attorney General
    Huntsville, TN

8.  Duncan, Charles
    Oneida Police Department

9.  Edwards, Karen, Deputy
    Scott County Sheriff's Department
    P.O. Box 180
    Huntsville, TN  37756

10. Galloway, John
    Assistant District Attorney

11. Hughett, J.
    Scott County Ambulance Service

12. Lewellan, Randy
    Detective, Scott County Sheriff's Department
    P.O. Box 180
    Huntsville, TN  37756
    (423) 663-3460

13. Newport, Carl
    c/o John C. Duffy
    P.O. Box 11007
    Knoxville, TN  37939-1007
    (865) 766-0904

14. Phillips, Donnie
    c/o John C. Duffy
    P.O. Box 11007
    Knoxville, TN  37939-1007
    (865) 766-0904

15. Phillips, Paul
    District Attorney General

16. Phillips, Ronnie
    Oneida Police Dept.

17. Rector, Penny Carpenter

18. Royce, Dan, Special Agent

19. Scates, J.
    Scott County Ambulance Service

| | | |
|---|---|---|
| 20. | Slagle, David, Special Agent<br>Tennessee Bureau of Investigation | |
| 21. | Trammell, Steve, Chief<br>Winfield Police Department | |
| 22. | Vinsant, Steve, Special Agent<br>Tennessee Bureau of Investigation | |
| 23. | Whitson, James, Special Agent<br>Tennessee Bureau of Investigation | |
| 24. | Wilson, C.<br>Scott County Ambulance Service | |

All witnesses identified by Plaintiffs.

Respectfully submitted this 21st day of September, 2007.

**MARTY CARSON, et al.**

BY: /s/John C. Duffy
John C. Duffy, BPR#010242
Attorney for Defendants
P.O. Box 11007
Knoxville, TN 37939-1007
(865) 766-0904

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 21st day of September, 2007.

BY: /s/John C. Duffy