**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| LORI ANN YANCEY, *et al*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 3:04-556 |
| | ) | No. 3:04-610 |
| MARTY CARSON, *et al*, | ) | Varlan/Shirley |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFFS WITNESS LIST**

Comes now the Plaintiffs and file the following witness list:

1. The Plaintiffs, including the minor children, c/o David S. Wigler, Suite 775 Bank of America Center, Knoxville, Tennessee.
2. Richard F. Qulia, private investigator, c/o David S. Wigler, Suite 775 Bank of America Center, Knoxville, Tennessee.
3. The Defendants, c/o counsel of record.
4. Other present and former employees of the Scott County Sheriff's Department;
5. Mark Chitwood, THP officer
6. Brian Boshears, THP Officer
7. Bruce Coffee, M.D.
8. Brian Sexton
9. Mark New and wife, Paula Blankenship, c/o Attorney Terry Basista
10. Paul Strunk, WBNY News
11. Richard Babb
12. Joseph Babb
13. Ashley Strunk
14. Nick Letner, Brushy Mountain Prison
15. Nicole Windle Porter, via deposition
16. Mark Rector
17. Penny Carpenter Rector
18. Ryan Clark

19. Any other persons identified in the TBI files;
20. Other witnesses who may be identified in discovery;
21. All persons listed in Defendants' witness list.

Respectfully submitted this 25th day of September, 2007.

Law Office of Herbert S. Moncier

By: s/David S. Wigler
David S. Wigler, BPR# 014525
Suite 775, Bank of America Center
550 Main Street
Knoxville, Tennessee 37902
(865) 546-7746 – voice
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, a true and correct copy of the foregoing was filed electronically and notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by U.S. Mail.

s/David S. Wigler