UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.: 3:04-CV-556 3:04-CV-610 |
| MARTY CARSON, et al., | ) ) | CONSOLIDATED (VARLAN/SHIRLEY) |
| Defendants. | ) | |

## **O R D E R**

For the reasons set forth in the accompanying Memorandum Opinion, defendants' motion for summary judgment [Doc. 30] is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to defendants Jim Carson, Robby Carson, Donnie Phillips, Carl Newport, and Scott County, Tennessee, and this action is **DISMISSED** as to them. In all other respects, the motion is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE