### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, *et al*, | ) | |
|     Plaintiffs, | ) ) ) ) | |
| vs. | ) ) | No. 3:04-cv-556 No. 3:04-cv-610 |
| MARTY CARSON, *et al*, | ) ) | Varlan/Shirley |
|     Defendants. | ) | |

**PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES OF EXHIBITS**

Come now the Plaintiffs, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and disclose the following exhibits they expects to offer in their case in chief:

1. Exhibits filed in support of and in opposition to Defendant's summary judgment motion.

2. Statements of Marty Carson

3. W-2s and tax returns relating to John Yancey's employment.

4. Exhibits to all depositions

5. Documents, tape and video recordings and photographs in the TBI file

6. Robby Carson Incident Report

7. 1/19/04 Supplemental Report

8. Paramedic Report

9. 911 recording and transcript

10. Photos and video of trailer, including but not limited to video of trailer taken by Richard F. Qulia

11. Photos taken by Robbie Carson

12. video of news reports and press conferences

13. Documents produced in discovery

14. Documents identified in Defendants' disclosures

15. Exhibits identified and disclosed by Defendants

Respectfully submitted this 10th day of October, 2007.

Law Office of Herbert S. Moncier

By: s/David S. Wigler
David S. Wigler, BPR# 014525
Suite 775, Bank of America Center
550 Main Street
Knoxville, Tennessee 37902
(865) 546-7746 – voice
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, a true and correct copy of the foregoing was filed electronically and notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by U.S. Mail.

s/David S. Wigler