# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, *et al*, | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 3:04-cv-556 No. 3:04-cv-610 |
| MARTY CARSON, *et al*, | ) ) | Varlan/Shirley |
| Defendants. | ) | |

**PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES OF EXHIBITS**

Come now the Plaintiffs, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and disclose that they intend to offer in their case in chief the entire video deposition of Nicole Windle Porter. Plaintiffs will work with Defendant to redact any objectionable portions of said deposition by agreement, but will need sufficient notice in advance of trial to prepare a redacted video file.

Respectfully submitted this 10th day of October, 2007.

                            Law Office of Herbert S. Moncier

                            By:  <u>s/David S. Wigler</u>
                                  David S. Wigler, BPR# 014525
                                  Suite 775, Bank of America Center
                                  550 Main Street
                                  Knoxville, Tennessee  37902
                                  (865) 546-7746 – voice
                                  Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

       I hereby certify that on the date above written, a true and correct copy of the foregoing was filed electronically and notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by U.S. Mail.

                                        <u>s/David S. Wigler</u>