## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| LORI ANN YANCEY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. | No. 3:04-cv-556 |
| ) | CONSOLIDATED |
| MARTY CARSON, ET AL., | VARLAN/SHIRLEY |
| ) | |
| Defendants. ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant, Marty Carson, respectfully submits, pursuant to Fed. R. Civ. P. 26(a)(3), the following list of exhibits which may be introduced at trial:

1. Diagrams of trailer and yard area (CID 29-31)

2. Photos of trailer and yard area (on CD)

3. Video/audio statements (two) of Nicole Windle 11/28-29/03

4. Audio recording of radio and SCSD dispatcher transmissions immediately following shooting

5. Audio recording(s) of informant calling for John Yancey, and SCSD dispatcher relaying message to John Yancey.

6. Audio recording(s) of informant later speaking with Robby Carson

7. Audio recording(s) of John Yancey to SCSD dispatcher requesting criminal history on "Mark New"

8. Audio recording(s) of SCSD radio transmissions made by John Yancey, Marty Carson and Donnie Phillips on 11/28/03 before going to trailer

9. Video of press conference 12/3/03 by DA Paul Phillips

10. Toxicology reports for Marty Carson

11. Sickle found in bedroom (if available); photographs if not

12. All exhibits identified by Plaintiffs

Respectfully submitted this 12th day of October, 2007.

/s/John C. Duffy
John C. Duffy, BPR #010424
P.O.B. 11007
Knoxville, TN 37929
(865) 766-0904
jduffy@johncduffy.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 12th day of October, 2007.

/s/ John C. Duffy
JOHN C. DUFFY, BPR #010424