UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| LORI ANN YANCEY, *et al.*, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:04-CV-556 |
| | ) | | 3:04-CV-610 |
| MARTY CARSON, *et al.*, | ) | | (VARLAN/SHIRLEY) |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

On the motion by Plaintiffs [Doc. 61 in case 3:04-cv-556; Doc. 43 in case 3:04-cv-610], it is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad testificandum to the Warden of Southcentral Correctional Center, Highway 114, P.O. Box 279, Clifton, Tennessee 38425-0279, to bring Nick Letner, Inmate No. 340563, before this Court at Knoxville, Tennessee, on Tuesday, November 6, 2007, at 9:00 a.m. to testify as a material witness in the current civil action, and each day thereafter until the witness is excused, and immediately thereafter be returned to Southcentral Correctional Center, Highway 114, P.O. Box 279, Clifton, Tennessee 38425-0279.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE