UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:04-CV-556 |
| | ) | 3:04-CV-610 |
| MARTY CARSON, *et al.*, | ) | (VARLAN/SHIRLEY) |
| | ) | |
| Defendants. | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: WARDEN: Southcentral Correctional Center
Highway 114
P.O. Box 279
Clifton, Tennessee 38425-0279

We command that you have the body of NICOLAS (NICK) LETNER #340563, detained in the SOUTHCENTRAL CORRECTIONAL CENTER, under your custody as it is said, under commitment of the State of Tennessee under safe and secure conduct, before the United States District Judge on Tuesday, **NOVEMBER 6, 2007, at 9:00 a.m. at Knoxville, Tennessee** here to testify the truth according to his knowledge in the above-styled action. Following said hearing you are to return him to his place of confinement under safe and secure conduct.

Witness the Honorable THOMAS A. VARLAN, United States District Judge, for the Eastern District of Tennessee under seal of said Court the 15th day of October, 2007.

CLERK, U.S. DISTRICT COURT

By: s/ Julie Norwood
Julie Norwood, Deputy Clerk