# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| LORI ANN YANCEY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| vs. ) | No. 3:04-cv-556 |
| ) | No. 3:04-cv-610 |
| MARTY CARSON, *et al*, ) | Judge Varlan |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' DESIGNATION OF DEPOSITION TRANSCRIPTS
## FOR USE AT TRIAL

Come now the Plaintiffs, and designate for use at trial pursuant to F.R.Evid. Rule 804(b)(1) the following transcripts of former testimony of witnesses who are unavailable at trial:

1. Ryan Clark, 28:7-32:3, 33:13-33:18, 36:16-38:20, 57:3-57:25, 71:15-72:24, 75:14-76:20

2. Mark Rector, 4:5-7:17, 8:17-10:8, 10:19-14:22, 15:17-17:7, 24:22-26:23, 41:4-44:3, 47:6-47:21

3. Pennie Carpenter Rector, 4:1-8:23, 10:14-11:6, 25:4-25:24

Respectfully submitted this 26th day of October, 2007.

Law Office of Herbert S. Moncier

By: s/David S. Wigler
David S. Wigler, BPR# 014525
Suite 775, Bank of America Center
550 Main Street
Knoxville, Tennessee 37902
(865) 546-7746 - voice
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, a true and correct copy of the foregoing was filed electronically and notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by U.S. Mail.

s/David S. Wigler