### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| LORI ANN YANCEY, *et al*, | ) |
| Plaintiffs, | ) |
| vs. | ) No. 3:04-cv-556 |
| | ) No. 3:04-cv-610 |
| MARTY CARSON, *et al*, | ) Judge Varlan |
| Defendants. | ) |

**PLAINTIFFS' SUPPLEMENTAL DESIGNATION OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL**

Come now the Plaintiffs, and designate for use at trial pursuant to F.R.Evid. Rule 804(b)(1) the following transcripts of former testimony of witnesses who are unavailable at trial:

1. Joseph Babb, 7:13-8:1, 12:10-16:18, 19:13-34:25, 43:18-45:14, 47:7-48:21, 50:3-52:5.

Respectfully submitted this 29th day of October, 2007.

                Law Office of Herbert S. Moncier

                By:   s/David S. Wigler
                      David S. Wigler, BPR# 014525
                      Suite 775, Bank of America Center
                      550 Main Street
                      Knoxville, Tennessee  37902
                      (865) 546-7746 - voice
                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, a true and correct copy of the foregoing was filed electronically and notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by U.S. Mail.

                            s/David S. Wigler