# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## <u>CIVIL COURTROOM MINUTES - GENERAL</u>

**Case No.** 3:04-CV-556          **At** Knoxville, TN **Date** November 2, 2007

**Style** Lori Ann Yancey, et al          **vs**          Marty Carson

**PRESENT:**

        **HONORABLE** <u>C. Clifford Shirley, Jr.</u>  **United States Magistrate Judge**

Claretta R. Sayles                                                Jolene Owen
        **Deputy Clerk**                                          **Court Reporter**


**ATTORNEY(S) PRESENT FOR PLTFS:**          **ATTORNEY(S) PRESENT FOR DEFTS:**
David Wigler                                                John Duffy



**PROCEEDINGS:**

        **Motion Hearing -  Discovery issues discussed and resolved.**




Time **3:00 p.m.**                    to          **4:30 p.m.**