UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


LORI ANN YANCEY, et al.,        )
                                  )
        Plaintiffs,        )
                                  )
v.                        )        No. 3:04-CV-556
                                  )          3:04-CV-610
MARTY CARSON, et al.,       )        CONSOLIDATED
                                  )        (VARLAN/SHIRLEY)
        Defendants.      )


## <u>MEMORANDUM & ORDER</u>

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this

Court, and by Order of the Honorable Thomas A. Varlan, United States District Judge, for

disposition of the defendants' Objections to Excerpts of Video Deposition of Nicole Windle [Doc.

80], Objections to Plaintiff's Designation of Discovery Deposition Excerpts to be Read at Trial

[Doc. 81], Plaintiffs' Motion in Limine Regarding Payments from Collateral Sources [Doc. 83], and

Plaintiff's Motion in Limine Regarding Prior Out of Court Statements of Nicole Windle. [Doc. 87]

On November 2, 2007, the parties came before the Court for a hearing on the instant objections and

motions. Attorney David Wigler was present on behalf of the plaintiffs and attorney John Duffy was

present on behalf of the defendants.

For the reasons set forth more fully during the hearing, the Court ruled as follows:

1.      Defendants' Objections to Excerpts of Video Deposition of
Nicole Windle Porter [Doc. 80] were **SUSTAINED in part and
OVERRULED in part**.

2.      Defendants' Objections to Plaintiff's Designation of
Discovery Deposition Excerpts to be Read at Trial [Doc. 81] were

**SUSTAINED in part** and **OVERRULED in part**. Additionally, the parties indicated that Ryan Clark would be available at trial and that Joseph Babb may be available during trial, accordingly the Court found the objections to be **MOOT** as to Mr. Clark and Mr. Babb. Should Mr. Babb not appear at trial, defendants may renew their objections as to Mr. Babb at that time.

3.      Plaintiffs' oral Objections to Penny Carpenter Rector were **SUSTAINED in part and OVERRULED in part**.

4.      Plaintiffs' Motion in Limine Regarding Payments from Collateral Sources [Doc. 83] was **GRANTED**. Defendants shall be precluded from introducing any evidence at trial as to payments from any collateral sources made to the heirs or estate of John Yancey.

5.      Plaintiffs' Motion in Limine Regarding Prior Out of Court Statements of Nicole Windle  [Doc. 87] was **GRANTED in part and DENIED in part**. The Court found portions of the out of court statement to be admissible under Rule 806 of the Federal Rules of Evidence because the statements go toward the declarant's credibility.

**IT IS SO ORDERED.**

ENTER:


___ s/ C. Clifford Shirley, Jr. ___
United States Magistrate Judge