# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES - JURY TRIAL

**Case No.** 3:04-CV-556    **At** Knoxville, TN    **Date** November 5, 2007
**Style** Lori Ann Yancey    **vs.**    Marty Carson

**PROCEEDINGS:** Jury Trial Began.  Doc. 89 First MOTION Rule 615(3) designation of Richard F. Qulia is granted.  Oral motion to allow counsel permission to use Internet for purpose of communication with their office staff is denied.


PRESENT: HONORABLE Thomas A. Varlan, United States District Judge

| Julie Norwood | Jolene Owen |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEY(S) PRESENT FOR PLTFS**     **ATTORNEY(S) PRESENT FOR DEFTS**
Herbert S. Moncier                                       John C. Duffy
David S. Wigler


**Jurors present** 27    **Jurors seated** 8    **Jurors challenged** 8   **Not used** 11

[X] **Voir Dire Began**  [X] **Voir Dire Completed**
[X] **Jury sworn**
[X] **Opening Statements**
[X] **Witnesses sworn** [X] **Rule requested**
[X] **Introduction of evidence for pltf** [X] **begun**
[X] **Case continued to** November 6, 2007    at 8:45 a.m. for further trial




**Time**  9:00 a.m.    to    9:45 a.m.
            9:45 a.m.    to    11:45 a.m.    **Voir Dire**
            1:00 p.m    to    5:00 p.m.