# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CIVIL MINUTES - JURY TRIAL

**Case No.** 3:04-CV-556     **At** Knoxville, TN     **Date** November 6, 2007
**Style** Lori Ann Yancey     **vs.**     Marty Carson

**PROCEEDINGS:** Day 2 of Jury Trial.


PRESENT: HONORABLE Thomas A. Varlan, United States District Judge

Julie Norwood                                          Jolene Owen
**Deputy Clerk**                                     **Court Reporter**

**ATTORNEY(S) PRESENT FOR PLTFS**     **ATTORNEY(S) PRESENT FOR DEFTS**
Herbert S. Moncier                            John C. Duffy
David S. Wigler


**[X] Witnesses sworn [X] Rule invoked**
**[X] Introduction of evidence for pltf resumed**
**[X] Case continued to** November 7, 2007    **at** 8:30 a.m. **for further trial**




**Time** 8:45 a.m.       **to**       **12:15 p.m.**
             **1:30 p.m.**       **to**       **5:20 p.m.**