# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 3:04-cv-556    **At** Knoxville, TN **Date** November 7, 2007

**Style** Lori Ann Yancey          **vs**      Marty Carson

**PRESENT:**
   HONORABLE C. Clifford Shirley, Jr.   United States Magistrate Judge

Claretta R. Sayles                                    Jolene Owen
   **Deputy Clerk**                                  **Court Reporter**


**ATTORNEY(S) PRESENT FOR PLTFS:**      **ATTORNEY(S) PRESENT FOR DEFTS:**
David Wigler, Herbert Moncier          John Duffy




**PROCEEDINGS:**
   **Discovery dispute - parties discussed dispute regarding depositions, etc.**






Time **8:40 a.m.**          to     **9:30 a.m.**
     **1:40 p.m.**          to     **2:15 p.m.**