# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES - JURY TRIAL

**Case No.** 3:04-CV-556    **At** Knoxville, TN    **Date** November 13, 2007
**Style** Lori Ann Yancey    **vs.**    Marty Carson

**PROCEEDINGS:** Day 6 of Jury Trial. After Jury excused to deliberate, Counsel for the Defendant moved for Judgment as a Matter of Law. Motion denied. The parties shall return November 14, 2007 at 8:30 a.m. for jury question.


PRESENT: HONORABLE Thomas A. Varlan, United States District Judge

Julie Norwood                                                                Jolene Owen
**Deputy Clerk**                                                          **Court Reporter**

**ATTORNEY(S) PRESENT FOR PLTFS**    **ATTORNEY(S) PRESENT FOR DEFTS**
Herbert S. Moncier                                       John C. Duffy
David S. Wigler



**[X] Rebuttal evidence continued and concluded**
**[X] Closing Argument**
**[X] Charge to the Jury**
**[X] Jury retired to deliberate at 1:30 p.m; Jury recessed for the day and will resume again at 9:00 a.m. on November 14, 2007**




Time   8:45 a.m.    to    12:35 p.m.
         2:30 p.m.    to    4:00 p.m.    Jury Question
         4:25 p.m.    to    5:00 p.m.    Jury Question