**Case No.** 3:04-CV-556      **At** Knoxville, TN         **Date** November 14, 2007
**Style** Lori Ann Yancey          **vs.**      Marty Carson

**PROCEEDINGS:** Day 7 of Jury Trial.  The parties present to the Court their proposed answer to Jury Question No. 2.  Upon agreement and approval of the Court, the answer was given to the Jury and deliberation resumed.

PRESENT: **HONORABLE Thomas A. Varlan, United States District Judge**

Julie Norwood                                          Jolene Owen
**Deputy Clerk**                                          **Court Reporter**

**ATTORNEY(S) PRESENT FOR PLTFS**      **ATTORNEY(S) PRESENT FOR DEFTS**
Herbert S. Moncier                              John C. Duffy
David S. Wigler

**[X]  Jury resumed deliberation at 10:00 a.m. ; Jury returned at 11:15 a.m..**
**[X] JURY VERDICT finding in favor of the Plaintiff against the Defendant and awarding Plaintiff $5,000,000.00 in compensatory damages**
**[X] Jury polled**

**Time 8:45 a.m.      to      10:00 a.m.**
      **11:30 a.m.      to      11:55 a.m.**