# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ TENNESSEE _____

Lori Ann Yancey

V.

Marty Carson

## EXHIBIT AND WITNESS LIST

Case Number: 3:04-CV-556, 3:04-CV-610

| PRESIDING JUDGE THOMAS A. VARLAN | PLAINTIFF'S ATTORNEY David S. Wigler, Herbert S. Moncier | DEFENDANT'S ATTORNEY John C. Duffy |
|---|---|---|
| TRIAL DATE (S) November 5-13, 2007 | COURT REPORTER Jolene Owen | COURTROOM DEPUTY Julie Norwood |

| PLF. NO. | DEF. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| W | | | | **STEVE VINSANT, Special Agent of TBI** |
| 1 | | X | X | **911 timeline** |
| 2 | | X | X | **Incident Report, Robby Carson** |
| 3 | | X | X | **Photo of mailbox** |
| 4 | | X | X | **Photo of trailer driveway** |
| 5 | 34 | X | X | **Photo of trailer front** |
| 6 | 33 | X | X | **Photo of trailer** |
| 7 | 32 | X | X | **Photo of trailer west end** |
| 8 | 30 | X | X | **Photo of trailer back side** |
| 9 | 29 | X | X | **Photo of trailer back porch** |
| 10 | | X | X | **Photo of back door** |
| 11 | 22 | X | X | **Photo of kitchen area to back door** |
| 12 | | X | X | **Photo of front door** |
| 13 | | X | X | **Photo of front bedroom looking in** |
| 14 | | X | X | **Photo of front bedroom looking out** |
| 15 | 20 | X | X | **Photo of rear hall to back bedroom** |
| 16 | | X | X | **Photo of rear hall blood stains** |
| 17 | | X | X | **Photo of rear hall blood stains** |
| 18 | | X | X | **Photo of rear hall blood stains** |
| 19 | 8 | X | X | **Photo of back bedroom door hole (from Hall)** |
| 20 | | X | X | **Photo of back bedroom door hole (from bedroom)** |
| 21 | | X | X | **Photo of bedroom/bathroom doors** |

* **Color Code**: Yellow-ID Only; Pink-Plaintiff's Witness; Blue-Defendant Witness.

| PLF. NO. | DEF. NO. | MARKED | ADMITTED | CONTINUED DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 22 | 18 | X | X | **Photo of bathroom toward front window** |
| 23 | 17 | X | X | **Photo of bathroom shell casing** |
| 24 | | X | X | **Photo of commode** |
| 25 | 10 | X | X | **Photo of bathroom pistol by commode** |
| 26 | 9 | X | X | **Photo of pistol blown up** |
| 27 | | X | X | **Photo of bathroom looking toward bedroom** |
| 28 | | X | X | **Photo of bathroom looking toward washing and bedroom door** |
| 29 | 13 | X | X | **Photo of sickle** |
| 30 | 14 | X | X | **Photo of bedroom window** |
| 31 | | X | X | **Photo of back bedroom interior** |
| 32 | 12 | X | X | **Photo of sickle** |
| 33 | | X | X | **Photo of back bedroom looking toward hall** |
| 42 | | X | X | **Collective: Death Certificate and redacted Autopsy final report** |
| 38 | | X | X | **Partial diagram of inside of trailer** |
| | 4 | X | X | **View behind garage towards driveway** |
| | 6 | X | X | **Photo of front of garage** |
| | 5 | X | X | **Photo of side of garage and woods** |
| | 16 | X | X | **Photo of cartridge casing found in trailer** |
| | 26 | X | X | **Photo of back yard and woods from back yard** |
| | 27 | X | X | **Photo of woods from back porch** |
| | 28 | X | X | **Photo of east end of trailer** |
| | 20 | X | X | **Photo of hallway from kitchen** |
| | 11 | X | X | **Photo of sickle found in trailer** |
| W | | | | **BRIAN BOSHEARS** |
| W | | | | **MARK CHITWOOD** |
| W | | | | **LORI YANCEY, Plaintiff** |
| 44 | | X | X | **Collective family photo of John John Yancey** |

| PLF. NO. | DFT. NO | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES PAGE |
|---|---|---|---|---|
| | | | | **DAY 2, NOVEMBER 6, 2007, testimony of Lori Yancey cont.** |
| 45 | | X | X | **Herbert Yancey w-2 for 2002 and 2003** |
| W | | | | **JEREMY CROSS** |
| W | | | | **ROBERT CARSON, JR.** |
| W | | | | **MICHAEL CROSS** |
| W | | | | **RICHARD EARL BABB** |
| 50 | | X | X | **Photo of Richard Babb's House** |
| 51 | | X | X | **Photo of Richard Babb's wound to chest** |
| 52 | | X | X | **Photo of Richard Babb's wound to face** |
| 53 | | X | X | **Photo of Richard Babb in hospital** |
| 54 | | X | X | **Photo of Richard Babb's wound to chest** |
| W | | | | **NICOLAS LETNER** |
| 55 | | X | **ID** | **Declaration of Nick Letner** |
| 56 | | X | **ID** | **TBI Statement of Lonnie Dewayne Gunter** |
| | | | | |
| | | | | **DAY 3, November 7, 2007** |
| W | | | | **RANDY LEWALLEN** |
| 57 | | X | ID | **DEPOSITION TESTIMONY OF MARK RECTOR** |
| 58 | | X | ID | **DEPOSITION TESTIMONY OF PENNIE RECTOR** |
| W | | | | **RYAN CLARK** |
| W | | | | **PAULA BLANKENSHIP** |
| W | | | | **RICHARD QUILA** |
| | 3 | X | X | **Diagram of Trailer -inside CID 29** |
| | 24 | X | X | **Photo of back porch of trailer** |
| | 1 | X | X | **Diagram of scene outside of trailer CID 31** |
| W | | | | **JUDITH GORDAN** |
| 48 | | X | **ID** | **Redacted Transcipt of Video Testimony of Nicole Windle Porter** |
| 49 | | X | **ID** | **Redacted Video Testimony of Nicole Windle Porter** |

| PLF. NO. | DFT. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| | | | | **DAY 4, NOVEMBER 8, 2007, Video Tape Deposition of Windle cont.** |
| W | | | | **MARTY CARSON, Defendant** |
| | W | | | **MARTY CARSON, Defendant** |
| 38A | | X | ID | **Partial diagram of inside of trailer used & marked at Deposition of Marty Carson-ID only** |
| | W | | | **DONNIE PHILLIPS** |
| | | | | |
| | | | | **DAY 5, NOVEMBER 9, 2007** |
| | W | | | **ROBERT CARSON, JR.** |
| | W | | | **STEVE VINSANT, Special Agent of TBI** |
| 42A | | X | ID | **Complete Autopsy final report-ID only pursuant to Court's ruling on 11/13/07** |
| | 37 | X | ID | **Deposition Testimony of Joseph Babb** |
| | W | | | **WILLIAM PAUL PHILLIPS** |
| | W | | | **SARAH DAVIS** |
| | W | | | **JAMES CARSON** |
| | | | | |
| | | | | **DAY 6, NOVEMBER 13, 2007** |
| RW | | | | **LORI YANCEY, Plaintiff** |