UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LORI ANN YANCEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) No.: 3:04-CV-556 |
| | ) 3:04-CV-610 |
| MARTY CARSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT FORM**

We the jury unanimously find based on a preponderance of the evidence:

1. Did defendant Marty Carson violate Hubert Dean "John John" Yancey's substantive due process rights?

    Yes ✓          No _____

    If you answered "Yes" to Question 1, then proceed to question 2. If you answered "No" to question 1, do not answer question 2, and proceed to the end of the Verdict Form and have the Jury Foreman sign and date the verdict form and submit it to the Court.

2. What amount do you award the plaintiff in compensatory damages?

    $ 5,000,000.00

    _____
    Jury Foreperson

    14 NOV 2007
    _____
    Date